## B. A. L. Thompson, Jr., Defendant in Error, v. Lucius J. M. Malmin and Laura U. Malmin, Plaintiffs in Error.

### Gen. No. 22,149.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURT-NEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed March 20, 1917.

### Statement of the Case.

Action by B. A. L. Thompson, Jr., plaintiff, against Lucius J. M. Malmin and Laura U. Malmin, defendants. From an order denying defendants' motion for a change of venue, defendants bring error.

LUCIUS J. M. MALMIN, for plaintiffs in error.

WILLIAM B. DENMARK, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. VENUE, § 10*—*when denial of motion for change of not deemed to be upon ground of want of reasonable notice.* The action of the

---
*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

trial court in denying defendants' motion for change of venue cannot be deemed to be on the ground of want of reasonable notice when the notice is served at two o'clock of the day before that of the hearing of the motion, and the parties are represented at such hearing and no longer notice is required or usually given, and there is no complaint of insufficient notice.

2. VENUE, § 24*—*when denial of motion for change of is erroneous.* The court cannot arbitrarily deny a change of venue where one brings himself within the provisions of the statute.

3. TRIAL, § 286*—*when necessary to hear evidence.* Entry of judgment upon issues of fact raised by the pleadings in a trial before the court without hearing evidence, *held* to be erroneous.